MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>DAVID C. HARRISON, et al.,    )<br>                              )<br>            Defendants.       )<br>_____) | CASE NO. CR.S-04-118-LKK<br><br>ORDER RE: STATUS CONFERENCE |

   This matter came on for a status conference on May 17, 2005. The United States was represented by Assistant U.S. Attorney John K. Vincent. Defendant David C. Harrison was represented by Bruce Locke, Esq.; defendant Robert G. Hodges was represented by Assistant Federal Defender Mark Reichel; and defendant Edwin Jensen was represented by C. Emmett Mahle, Esq.

   Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court continues this matter for further status conference to July 19, 2005 at 9:30 a.m.  Defense counsel needs time to review new discovery, including witness statements.  Time between May 17, 2005 and July 19, 2005 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(8)(B)(ii)

(complexity) and 3161(h)(8)(B)(iv)(time to prepare), Local Codes T2 and T4, respectively.  Time as to defendant Jensen is also excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(4) (mental or physical incompetence) and (h)(7) (unsevered co-defendant awaiting trial), Local Codes N and R, respectively.

IT IS SO ORDERED.

DATED: May 20, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
Senior U.S. District Court Judge