QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT HODGES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>             Plaintiff,         )<br>                                )<br>     v.                         )<br>                                )<br>                                )<br>ROBERT HODGES,                  )<br>                                )<br>             Defendants.        )<br>_____ | CASE NO. CR-S-04-0118 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: July 19, 2005<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

    This matter came on for Status Conference on July 19, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus. Assistant United States Attorney John K. Vincent represented the United States of America.  For the defense, Assistant Federal Defender Mark Reichel represented defendant Hodges who was not present but appeared through counsel with a written waiver of his appearance on file with the court; Bruce Locke, Esq., represented defendant Harrison who was not present but appeared through counsel with a written waiver of his appearance on file with the court; Bruce Locke, Esq., was standing in for counsel for defendant Jensen who was not present but appeared

Order After Hearing

through counsel with a written waiver of his appearance on file with the court.

The defense requested a continuance until September 20, 2005 in order to allow counsel further time to review recently obtained discovery and to arrange for the duplication of the hard drive of a computer obtained by the government from codefendant Robert Oliver's wife Tanya Oliver.  Therefore the parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, as well as Local Code T2 the case having previously been declared complex by the court, from July 19, 2005, up until and including September 20, 2005.

As well, it appearing from the records that defendant Hodges has not been processed by the U.S. Marshal's Service in this case, he was ordered to present himself for U.S. Marshal's processing at the next court date.

Good cause appearing therefor, It is so ordered.

IT IS ORDERED that this matter is continued to September 20, 2005, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, and Local Code T2, the period from July 19, 2005, up to and including September 20, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel and the case having been declared complex by the court.

Order After Hearing                               2

1   Defendant Hodges is ordered to present himself for U.S. Marshal's
2   processing at the next court date.
3
4
5   Dated: July 21, 2005
6
7                           /s/ Lawrence K. Karlton
                            THE HONORABLE LAWRENCE K. KARLTON
8                           Chief Judge Emeritus

Order After Hearing                         3