1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for DAVID HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S-04-118-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR JANUARY 18, 2006 TO FEBRUARY 14, 2006 AT 9:30 A.M. |
| v. | ) | |
| DAVID HARRISON, | ) | |
| Defendant. | ) | |

The defendants, David Harrison, Edwin Jensen, and Rob Hodges, by and through their undersigned attorneys, and the United States, through its undersigned attorney, hereby stipulate that the status conference set for January 18, 2006 at 9:30 a.m., before this Court should be rescheduled for February 14, 2006 at 9:30 a.m., and in support of this stipulation would show the Court that Mr. Locke is in trial in El Dorado County for two weeks, Mark Reichel is in Washington D.C,.making an argument before the Supreme Court, and Emmett Mahle is in a murder trial in Sacramento County and the defense is in the process of conducting additional investigation of the financial transactions involved in this case, including attempting to obtain financial records from the various law firms that were used by Mr. Rob Oliver to conduct the fraud that the government has charged Mr. Harrison, Mr. Jensen, and Mr. Hodges with. This additional investigation is vital to the defense because it will tend to demonstrate that Mr. Harrison, Mr. Jensen, and Mr. Hodges were unknowing participants in Mr. Oliver's fraud. The continuance of the status conference is necessary for continuance of counsel and for defense preparation.

The parties request that the Court exclude time under the Speedy Trial Act from January 18,

1

2006 to February 14, 2006 pursuant to 18 U.S. C. Section 3161(h)(8)(B)(iv) (or local code T4). Mr. Reichel, Mr. Mahle, and Mr. Vincent have all authorized Bruce Locke to sign this pleading for them.

DATED: January 13, 2006   /S/
BRUCE LOCKE for himself, for MARK REICHEL, and for EMMETT MAHLE

DATED: January 13, 2006   /S/ - BRUCE LOCKE
For John Vincent
Assistant United States Attorney

IT IS SO ORDERED:

DATED: January 17, 2006   /s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, UNITED STATES DISTRICT JUDGE