MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-04-118-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE: STATUS CONFERENCE |
| v. ) | |
| ) | |
| ) | |
| DAVID C. HARRISON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter came on for a status conference on February 22, 2006.  The United States was represented by Assistant U.S. Attorney John K. Vincent.  Defendant David C. Harrison was represented by Julie Moss, Esq. for Bruce Locke, Esq.; defendant Robert G. Hodges was represented by Mark Reichel, Esq.; and defendant Edwin Jensen was specially represented by Mark Reichel, Esq.

Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court sets the matter for trial on October 24, 2006.  The trial confirmation hearing is set for October 3, 2006 at 9:30 a.m..  Any defense motions must be filed by August 28, 2006, and government responses must be filed by September 11,

2006. Defense replies are due by September 18, 2006. A hearing on the motions is scheduled for September 26, 2006 at 9:30 a.m..

Time between February 14, 2006 to October 24, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(8)(B)(ii)(complexity) and 3161(h)(8)(B)(iv)(time to prepare), Local Codes T2 and T4, respectively. Time as to defendant Jensen is also excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(4) (mental or physical incompetence) and (h)(7) (unsevered co-defendant awaiting trial), Local Codes N and R, respectively.

IT IS SO ORDERED.

DATED: February 24, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
Senior U.S. District Court Judge