MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-04-118-LKK |
| Plaintiff, ) | |
| v. ) | ORDER RE: STATUS CONFERENCE |
| DAVID C. HARRISON, et al., ) | |
| Defendants. ) | |

This matter came on for a status conference on June 6, 2006. The United States was represented by Assistant U.S. Attorney John K. Vincent. Defendant Robert Oliver was present and was represented by Scott Tedmon, Esq.. Defendant David C. Harrison was represented by Bruce Locke, Esq.; defendant Robert G. Hodges was represented by Bruce Locke, Esq., appearing specially for Mark Reichel, Esq.; and defendant Edwin Jensen was represented by Emmett Mahle, Esq.. The last three defendants were not present, having a waiver of appearance on file.

Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court sets the matter for further status conference on September 6, 2006 at 9:30 a.m. The trial date,

1  trial confirmation hearing, and previously set briefing schedule
2  are ordered vacated.  Defendant Oliver, who was a fugitive, was
3  recently apprehended in the Philippines and returned to the
4  United States.  His attorney, Mr. Tedmon, has just recently been
5  provided with discovery.
6      Time between June 6, 2006 to September 6, 2006 is excluded
7  under the Speedy Trial Act pursuant to 18 U.S.C.
8  3161(h)(8)(B)(ii)(complexity) and 3161(h)(8)(B)(iv)(time to
9  prepare), Local Codes T2 and T4, respectively.  Time as to
10 defendant Jensen is also excluded under the Speedy Trial Act
11 pursuant to 18 U.S.C. § 3161(h)(4) (mental or physical
12 incompetence) and (h)(7) (unsevered co-defendant awaiting trial),
13 Local Codes N and R, respectively.

15 IT IS SO ORDERED.

17 DATED: June 8, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT