L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
DAVID HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-04-118 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| DAVID HARRISON, et al., | ) | Date: September 6, 2006 |
| | ) | Time: 9:30 A.M. |
| Defendants. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between the defendants, David Harrison, Rob Oliver, Rob Hodges, and Ed Jensen by and through their defense counsel, Bruce Locke, Mark Reichel, Scott Tedmon, and Emmett Mahle, and the United States of America by and through its counsel, Assistant U.S. Attorney John Vincent, that the status conference presently set for September 6, 2006 at 9:30 a.m., should be continued to December 5, 2006 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from September 6, 2006 through December 5, 2006.

   The reason for the continuance is that Mr. Tedmon is relatively new to the case due to the fact that Mr. Oliver was only recently apprehended and that the discovery includes over 8,000 pages, made up mostly of bank records and that additional time is needed to review those records and to conduct the necessary investigation. The parties request the Court to exclude time under the Speedy Trial Act from September 6, 2006 to December 5, 2006 to allow for defense preparation and because the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Mr. Vincent, Mr. Tedmon, Mr. Reichel, and Mr. Mahle have all authorized Mr. Locke to execute this pleading for them.

DATED: August 31, 2006        _____/S/_____
                              L. BRUCE LOCKE
                              Attorney for David Harrison


DATED: August 31, 2006        ____/S/ BRUCE LOCKE_____
                              for SCOTT TEDMON
                              Attorney for Rob Oliver


DATED: August 31, 2006        ____/S/ BRUCE LOCKE_____
                              for MARK REICHEL
                              Attorney for Rob Hodges


DATED: August 31, 2006        ____/S/ BRUCE LOCKE_____
                              for EMMETT MAHLE
                              Attorney for Edwin Jensen


    IT IS SO ORDERED.

DATED: September 5, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2