MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-04-118-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE: STATUS CONFERENCE |
| v. ) | |
| ) | |
| ) | |
| DAVID C. HARRISON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    This matter came on for a status conference on December 5, 2006.  The United States was represented by Assistant U.S. Attorney John K. Vincent.  Defendant Robert Oliver was present and was represented by Scott Tedmon, Esq..  Defendant David C. Harrison was represented by Bruce Locke, Esq.; defendant Robert G. Hodges was represented by Scott Tedmon, Esq., appearing specially for Mark Reichel, Esq.; and defendant Edwin Jensen was represented by Scott Tedmon, Esq., appearing specially for Emmett Mahle, Esq..  The last three defendants were not present, having a waiver of appearance on file.

    Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court sets the matter for further status

1

conference on March 13, 2007 at 9:30 a.m. Defendant Oliver, who was a fugitive, was apprehended in the Philippines and returned to the United States in May 2006. His attorney, Mr. Tedmon, as well as other defense counsel, need additional time to review discovery.

Time between December 5, 2006 to March 13, 2007 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(8)(B)(ii)(complexity) and 3161(h)(8)(B)(iv)(time to prepare), Local Codes T2 and T4, respectively. Time as to defendant Jensen is also excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(4) (mental or physical incompetence) and (h)(7) (unsevered co-defendant awaiting trial), Local Codes N and R, respectively.

IT IS SO ORDERED.

DATED: December 6, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT