1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 227
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4  Email: tedmonlaw@comcast.net

5  Attorney for Defendant
   ROBERT OLIVER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,          )
12                                 )
             Plaintiff,            )     No. Cr. S-04-118 LKK
13                                 )
                                   )     STIPULATION AND
14      v.                         )     ORDER CONTINUING STATUS
                                   )     CONFERENCE; EXCLUSION OF TIME
15                                 )
ROBERT OLIVER, et al.,             )
16                                 )
             Defendants.           )
17 _____ )

18        The United States of America, through Assistant U.S. Attorney John K. Vincent, and

19 defendant Robert Oliver, through his counsel Scott L. Tedmon; defendant David C. Harrison,

20 through his counsel L. Bruce Locke; defendant Robert G. Hodges, through his counsel Mark

21 Reichel; and defendant Edwin Jensen, through his counsel Emmett Mahle, hereby stipulate that the

22 status conference set for Tuesday, March 13, 2007 at 9:30 a.m., be continued to Tuesday, May 8,

23 2007 at 9:30 a.m. before United States District Judge Lawrence K. Karlton.

24        The government has provided defendants with approximately 11,000 pages of discovery,

25 much of which involves detailed financial records. Defense counsel needs additional time to review

26 this volume of discovery, conduct necessary defense investigation, determine what pretrial motions

27 to file, if any, and continue to discuss a potential resolution of this case with the government.

28

                                    - 1 -

1    Based on the foregoing, all counsel stipulate it is appropriate to continue the current status

2    conference to Tuesday, May 8, 2007 at 9:30 a.m.  Ana Rivas has approved the May 8, 2007 hearing

3    date.  No jury trial date has been set in this case.

4                          **SPEEDY TRIAL ACT - EXCLUSION OF TIME**

5    The parties stipulate the Court should reiterate its previous finding that time be excluded

6    through May 8, 2007 under the Speedy Trial Act based on the needs of counsel to prepare pursuant

7    to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests

8    of justice served by granting this continuance outweigh the best interests of the public and the

9    defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

10    Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their

11    behalf.

12    **IT IS SO STIPULATED.**

13    DATED: March 7, 2007                    McGREGOR W. SCOTT
                                              United States Attorney
14
                                               /s/ John K. Vincent
15                                            JOHN K. VINCENT
                                              Assistant U.S. Attorney
16

17    DATED: March 7, 2007                    LAW OFFICES OF SCOTT L. TEDMON

18                                             /s/ Scott L. Tedmon
                                              SCOTT L. TEDMON
19                                            Attorney for Robert Oliver

20    DATED: March 7, 2007                    LAW OFFICE OF MOSS & LOCKE
21
                                               /s/ L. Bruce Locke
22                                            L. BRUCE LOCKE
                                              Attorney for David C. Harrison
23

24    DATED: March 7, 2007                    LAW OFFICE OF MARK REICHEL

25                                             /s/ Mark Reichel
                                              MARK REICHEL
26                                            Attorney for Robert G. Hodges

27

28

1 DATED: March 7, 2007                    LAW OFFICE OF EMMETT MAHLE

2                                          /s/ Emmett Mahle
                                          EMMETT MAHLE
3                                          Attorney for Edwin Jensen

4

5

6
                                      **ORDER**
7
            GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
8
ORDERED that the Status Conference now scheduled for Tuesday, March 13, 2007 at 9:30 a.m.,
9
is hereby continued to Tuesday, May 8, 2007 at 9:30 a.m., before the Honorable Lawrence K.
10
Karlton.
11
            Based upon the above stipulation, the Court reiterates its previous finding that time be
12
excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C.
13
§3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of May 8, 2007.  The Court
14
finds that the interests of justice served by granting this continuance outweigh the best interests of
15
the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
16
            **IT IS SO ORDERED.**
17
DATED: March 8, 2007
18

19

20  _____
    LAWRENCE K. KARLTON
21  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28