MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700


              IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )     CASE NO. CR.S-04-118-LKK
                                 )
              Plaintiff,         )
                                 )     ORDER RE: STATUS CONFERENCE
        v.                       )
                                 )
                                 )
DAVID C. HARRISON, et al.,       )
                                 )
              Defendants.        )
_____)


        This matter came on for a status conference on May 8, 2007.
The United States was represented by Assistant U.S. Attorney John
K. Vincent.  Defendant Robert Oliver was present and was
represented by Scott Tedmon, Esq..  Defendant David C. Harrison
was represented by Scott Tedmon, Esq., appearing specially for
Bruce Locke, Esq.; defendant Robert G. Hodges was represented by
Scott Tedmon, Esq., appearing specially for Mark Reichel, Esq.;
and defendant Edwin Jensen was represented by Emmett Mahle, Esq..
The last three defendants were not present, having a waiver of
appearance on file.

        Having heard from the parties, and GOOD CAUSE APPEARING
THEREFORE, the Court sets the following briefing schedule:

1  June 12, 2007          Defense motions due

2  July 10, 2007          Government's responses due

3  July 24, 2007          Defense reply briefs due

4  August 14, 2007        Non-evidentiary hearing at 9:30 a.m.

5      In addition, the Court sets the matter for trial to begin on

6  October 16, 2007 at 9:00 a.m..  Trial confirmation is scheduled

7  for October 2, 2007 at 9:30 a.m..

8      Time between May 8, 2007 to October 16, 2007 is excluded

9  under the Speedy Trial Act pursuant to 18 U.S.C.

10 3161(h)(8)(B)(ii)(complexity) and 3161(h)(8)(B)(iv)(time to

11 prepare), Local Codes T2 and T4, respectively.  If any motions

12 are filed, time will also be excluded under 18 U.S.C. §

13 3161(h)(1)(F) (Local Code E) (delay resulting from any pretrial

14 motion, from the filing through conclusion of the hearing, or

15 other prompt disposition of the motion).  Time as to defendant

16 Jensen is also excluded under the Speedy Trial Act pursuant to 18

17 U.S.C. § 3161(h)(4) (mental or physical incompetence) and (h)(7)

18 (unsevered co-defendant awaiting trial), Local Codes N and R,

19 respectively.

20

21 IT IS SO ORDERED.

22

23 DATED: May 11, 2007

24 _____

25 LAWRENCE K. KARLTON
   SENIOR JUDGE
26 UNITED STATES DISTRICT COURT

27

28