LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Defendant
ROBERT OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT OLIVER, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. Cr. S-04-118 LKK <br><br> STIPULATION AND <br> ORDER RE: BRIEFING SCHEDULE; <br> EXCLUSION OF TIME |

The United States of America, through Assistant U.S. Attorney John K. Vincent, and defendant Robert Oliver, through his counsel Scott L. Tedmon; defendant David C. Harrison, through his counsel L. Bruce Locke; defendant Robert G. Hodges, through his counsel Mark Reichel; and defendant Edwin Jensen, through his counsel Emmett Mahle, hereby stipulate and agree to the following briefing schedule:

July 10, 2007        Defense motions due

July 31, 2007        Government's responses due

August 7, 2007       Defense reply briefs due

August 14, 2007      Non-evidentiary hearing at 9:30 a.m.

The Court has set the matter for trial to begin on October 16, 2007 at 9:00 a.m.  Trial confirmation hearing is scheduled for October 2, 2007 at 9:30 a.m.  Both the jury trial and trial

1 confirmation hearing dates are confirmed by all parties.

2 **SPEEDY TRIAL ACT - EXCLUSION OF TIME**

3 The parties stipulate the Court should reiterate its previous finding that time be excluded
4 through October 16, 2007 under the Speedy Trial Act based on the needs of counsel to prepare
5 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the
6 interests of justice served by granting this continuance outweigh the best interests of the public and
7 the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

8 Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
9 behalf.

10 **IT IS SO STIPULATED.**

11 DATED: June 20, 2007         McGREGOR W. SCOTT
                                United States Attorney
12
                                 /s/ John K. Vincent
13                              JOHN K. VINCENT
                                Assistant U.S. Attorney
14

15 DATED: June 20, 2007         LAW OFFICES OF SCOTT L. TEDMON

16                               /s/ Scott L. Tedmon
                                SCOTT L. TEDMON
17                              Attorney for Robert Oliver

18
   DATED: June 20, 2007         LAW OFFICE OF MOSS & LOCKE
19
                                 /s/ L. Bruce Locke
20                              L. BRUCE LOCKE
                                Attorney for David C. Harrison
21

22 DATED: June 20, 2007         LAW OFFICE OF MARK REICHEL

23                               /s/ Mark Reichel
                                MARK REICHEL
24                              Attorney for Robert G. Hodges

25
   DATED: June 20, 2007         LAW OFFICE OF EMMETT MAHLE
26
                                 /s/ Emmett Mahle
27                              EMMETT MAHLE
                                Attorney for Edwin Jensen
28

- 2 -

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the briefing schedule is as follows:

July 10, 2007        Defense motions due

July 31, 2007        Government's responses due

August 7, 2007       Defense reply briefs due

August 14, 2007      Non-evidentiary hearing at 9:30 a.m.

The Court has previously set the matter for trial to begin on October 16, 2007 at 9:00 a.m. The trial confirmation hearing is scheduled for October 2, 2007 at 9:30 a.m. Both the jury trial and trial confirmation dates are confirmed.

The Court reiterates its previous finding that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the jury trial date of October 16, 2007. The Court finds that the interests of justice served by ordering this schedule outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: June 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT