MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DAVID C. HARRISON, et al., ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. CR.S-04-118-LKK <br><br> ORDER RE: STATUS CONFERENCE |

This matter came on for a status conference on August 14, 2007. The United States was represented by Assistant U.S. Attorney John K. Vincent. Defendant Robert Oliver was present and was represented by Scott Tedmon, Esq.. Defendant David C. Harrison was represented by Mark Reichel, Esq., appearing specially for Bruce Locke, Esq.; defendant Robert G. Hodges was represented by Mark Reichel, Esq.; and defendant Edwin Jensen was represented by Emmett Mahle, Esq.. The last three defendants were not present, having a waiver of appearance on file.

Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court sets the matter for trial to begin on November 6, 2007 at 10:30 a.m.. Trial confirmation is scheduled

for October 23, 2007 at 9:30 a.m..

    Due to his physical impairment, defendant Jensen is severed from the case. A further status conference in his case is scheduled for March 11, 2008 at 9:30 a.m.

    Time between August 14, 2007 to November 6, 2007 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(8)(B)(ii)(complexity) and 3161(h)(8)(B)(iv)(time to prepare), Local Codes T2 and T4, respectively. Time as to defendant Jensen is excluded from August 14, 2007 to March 11, 2008 for the same reasons and also under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(4) (mental or physical incompetence), Local Code N.

IT IS SO ORDERED.

DATED: August 21, 2007

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT