McGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. Cr.-S-04-118-LKK |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT EDWIN JENSEN; ORDER THEREON |
| EDWIN JENSEN, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States hereby moves the Court, in the interest of justice, for an order dismissing the indictment in this case against defendant Edwin Jensen since defendant Jensen experienced a disabling stroke, and his condition is not

///
///
///
///
///
///
///
///

1

1 expected to improve to the point that he could stand trial.

2 DATED: March 14, 2008

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                              By, /s/ John K. Vincent
                                              JOHN K. VINCENT
                                              Assistant U.S. Attorney

O R D E R

In view of the instant motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the indictment in the above-captioned action as to defendant Edwin Jensen is hereby dismissed and that bond, if any, is hereby exonerated.

DATED: March 14, 2008

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT