McGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT OLIVER, et al.<br><br>　　　　　Defendants. | CASE NO. Cr-S-04-118-LKK<br><br>ORDER RE: MOTION TO TREAT ALLEGATION IN THE INDICTMENT AS SURPLUSAGE<br><br>DATE: June 16, 2008<br>TIME: 9:30 a.m.<br>CTRM: HON. LAWRENCE K. KARLTON |

This matter came before the Court on the motion of the United States for an order that the allegation in counts 20-30 of the indictment in the above-captioned action - that the defendants "wilfully" conducted financial transactions in violation of 18 U.S.C. § 1956(a)(1)(A)(i) - is surplusage and will be omitted from any jury instruction concerning those counts. For the reasons set forth in the government's Memorandum of Points and Authorities, and GOOD CAUSE APPEARING THEREFORE, the government's motion is GRANTED.

　　　IT IS SO ORDERED.

DATE: June 19, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1