MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
ROBERT HODGES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | Case No.  CR.S-04-0118-LKK |
| Plaintiff,   ) | |
| ) | ORDER ON DEFENSE MOTION TO |
| v.   ) | DISMISS COUNTS 20-30 OF THE |
| ) | INDICTMENT |
| ) | |
| ) | |
| ROBERT OLIVER, ET AL.   ) | Date: August 26, 2008 |
| ) | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

   All of the parties appeared before this court this date upon the defendants motion to dismiss counts 10-19 and counts 20-30 which are counts charging money laundering under 18 U.S.C. §1957 and §1956 (a)(1)(A)(i).

   After oral argument of the parties, the court ruled as follows:

   Counts 20-30 of the indictment are hereby dismissed without prejudice. Counts 10-19 are not subject to dismissal at this time.

Order On Motion To Dismiss Counts 20-30

Approved as to form and content:

August 27, 2008.

        /s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant
Robert Hodges

/s/ Bruce Locke
BRUCE LOCKE
Attorney for defendant
David Harrison

/s/ Scott Tedmon
SCOTT TEDMON
Attorney for Defendant
Robert Oliver

McGREGOR W. SCOTT
United States Attorney

August 27, 2008.    /s/
JOHN VINCENT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 27, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip and Order    2